CHARLES H. COOGAN ET AL. *v.* PLANNING AND ZONING COMMISSION OF THE TOWN OF MANSFIELD ET AL.

The defendant's "Application for Suspension of Rules" is denied.

*Omar H. Shepard, Jr.,* in support of the motion.

Submitted September 6—decided September 20, 1972

CITY OF HARTFORD *v.* PUBLIC UTILITIES COMMISSION ET AL.

The plaintiff's "Motion for Review of Order Terminating Stay," as amended, is denied in the absence of a finding.

*Alexander A. Goldfarb,* and *Peter G. Boucher,* in support of the motion.

*Joseph P. Cooney,* and *J. Read Murphy,* in opposition.

Submitted September 7—decided September 20, 1972